UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RAFAEL PACHECO,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF RIVERSIDE,<br><br>    Defendant. | No. ED CV 07-01424-JSL (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) GRANTING DEFENDANT COUNTY OF RIVERSIDE'S MOTION FOR SUMMARY JUDGMENT |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Second Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that an Order be entered (1) approving and adopting the Report and Recommendation; (2) Defendant County of Riverside's Motion for Summary Judgment is granted; and (3) Defendant County of Riverside is dismissed from the action.

DATED: August 31, 2010

_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE