UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RAFAEL PACHECO, | ) | No. ED CV 07-01424-JSL (VBK) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| COUNTY OF RIVERSIDE, | ) ) | |
| Defendant. | ) ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered (1) granting Defendant County of Riverside's Motion for Summary Judgment; and (2) dismissing Defendant County of Riverside from the action.

DATED: Aug. 31, 2010

*[signature: Spencer Letts]*

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE