ORIGINAL

JSL

1  ARTHUR K. CUNNINGHAM, SB# 97506
       E-Mail: akcatty@lbbslaw.com
2  LEWIS BRISBOIS BISGAARD & SMITH LLP
   650 East Hospitality Lane, Suite 600
3  San Bernardino, California 92408
   Telephone:  (909) 387-1130
4  Facsimile:  (909) 387-1138

5  Attorneys for Defendant
   CORRECTIONAL DEPUTY ROBERT VEGA
6

7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  RAFAEL PACHECO,                    ) CASE NO. ED CV-07-1424 JSL (VBK)
                                       )
12          Plaintiff,                 ) [PROPOSED] ORDER RE DISMISSAL
                                       ) OF ENTIRE ACTION
13      v.                             )
                                       )
14  COUNTY OF RIVERSIDE,               )
    et al.,                            )
15                                     )
            Defendants.                )
16  _____)

17

18        GOOD CAUSE APPEARING AND THE PARTIES HAVING

19  STIPULATED THERETO, IT IS ORDERED:

20        1.    The complaint and all claims and causes of action thereof, shall be

21  dismissed with prejudice in its entirety.

22        2.    Plaintiff and Defendants, and each of them, waive any right he/they

23  may have to recover costs or attorneys' fees as against one another under state or

24  federal law, including 42 USC § 1988.

25        IT IS SO ORDERED, ADJUDGED AND DECREED.

26  DATED: March      , 2011
            April 4                By _____
27                                    JUDGE J. SPENCER LETTS

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4828-9978-2408.1                        -1-